JOHN R. CONGER – SBN 168114
**SHORE, McKINLEY & CONGER, LLP**
303l W. March Lane, Suite 230
Stockton, California  952l9
Telephone: (209) 477-8171
Facsimile:  (209) 477-2549

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>                              Plaintiff,<br><br>v.<br><br>LEASE DEVELOPMENT, L.P., a<br>California Limited Partnership, et al.,<br><br>                              Defendants. | Case No. 2:14-cv-02144-TLN-AC<br><br>**STIPULATION EXTENDING TIME TO<br>ANSWER OR MOVE AND ORDER** |

IT  IS  HEREBY  STIPULATED  and  agreed  by  and  between  plaintiff,  SCOTT

JOHNSON,  and  defendant,  LEASE  DEVELOPMENT,  L.P.,  acting  through  their  duly

authorized counsel, that the time for defendant to answer or otherwise respond to plaintiff's

Complaint is hereby extended until March 24, 2015.

Dated:  March 6, 2015.

CENTER FOR DISABILITY ACCESS

By_____/s/ Phyl Grace_____
                    PHYL GRACE
                Attorneys for Plaintiff

1

Dated:  March 6, 2015.

SHORE, McKINLEY & CONGER, LLP


By_____/s/ John R. Conger_____
           JOHN R. CONGER
        Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

Dated:  March 11, 2015

_____
Troy L. Nunley
United States District Judge

STIPULATION EXTENDING TIME TO ANSWER OR MOVE AND ORDER